**FILED**

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0738

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0738

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

AMBER MARIE BURNETT,

      Defendant and Appellant.

O R D E R

_____

      This cause, which was previously classified for submission on briefs to a five-justice panel, is hereby reclassified for submission to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2022